IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY WAYNE EARLS : 
*Petitioner*, 

v. : CIVIL ACTION
NO. 18-1552

SUPERINTENDENT SCI – 
HUNTINGDON; ATTORNEY GENERAL :
OF PA; THE ATTORNEY GENERAL OF
THE STATE OF PENNSYLVANIA; and,
DISTRICT ATTORNEY'S OFFICE OF :
DELAWARE COUNTY, PA[1]
*Respondents*.

## ORDER

AND NOW this 25th day of November 2019, upon careful and independent consideration of: Anthony Wayne Earl's Petition For a Writ of Habeas Corpus (ECF No. 1); the Response in Opposition thereto (ECF No. 10); the Report and Recommendation of United States Magistrate Judge Timothy R. Rice (ECF No. 11); Petitioner's Objections (ECF No. 16); and, the Response to Petitioner's Objections (ECF No. 20), it is hereby ORDERED as follows:

1. In accordance with this Court's accompanying Memorandum, Petitioner's Objections (ECF No. 16) are OVERRULED;

2. The Report and Recommendation (ECF No. 11) is APPROVED and ADOPTED;

3. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;

4. A Certificate of Appealability shall NOT ISSUE; and,

5. The Clerk of Court shall mark this matter CLOSED.

BY THE COURT:

/s/ C. Darnell Jones, II   J.

---

[1] This Court presents the caption exactly as it appears on the docket.